**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD RICHARDSON, on behalf of
himself and those similarly situated,

   Plaintiff,

v.                CASE NO. 6:11-CV-00524-Orl-36GJK

DOBSON WOODS & WATER, INC.,

   Defendant.
                      /

## ORDER

  This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly, on January 4, 2012 (Doc. 41). In the Report and Recommendation, Judge Kelly recommends that the Court grant the Parties' Joint Motion to Approve Settlement (Doc. 40), to the extent that the Court finds the parties' settlement is fair and reasonable. On January 5, 2012, the Parties jointly filed a Notice of Non-Objection to the Report and Reccomendation (Doc. 42), requesting that the Court grant the Joint Motion to Approve Settlement and dismiss the case with prejudice. As such, this matter is ripe for review.

  After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 41) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 40) is **GRANTED**. The Settlement Agreement (Doc. 40, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Orlando, Florida on January 11, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD